COM.

v.

MABLE, S., Jr.

1819 MDA 2016

Superior Court of Pennsylvania.

07/07/2017

CP–67–CR–0004335–1994
(York)

Affirmed

COM.

v.

GREEN, J.

1848 MDA 2016

Superior Court of Pennsylvania.

07/07/2017

CP–06–CR–0002414–2003 (Berks)

Affirmed

COM.

v.

VAUGHN, P.

1828 MDA 2016

Superior Court of Pennsylvania.

07/07/2017

CP–01–CR–0000002–2016
(Adams)

Affirmed

COM.

v.

SLUTZKER, S.

1881 WDA 2015

Superior Court of Pennsylvania.

07/07/2017

CP–02–CR–0006520–1991
(Allegheny)

Affirmed